# EXHIBIT A

Robyn Hutchings
Name

6602 W Normandy Way
Address

Highland, Utah, 84003
City, State, Zip

(801) 669-1952
Phone

dshbrain@gmail.com
Email

**Check your email.** You will receive information and documents at this email address.

I am   [ ] Plaintiff/Petitioner          [ X ] Defendant/Respondent
       [ ] Plaintiff/Petitioner's Attorney  [ ] Defendant/Respondent's Attorney  (Utah Bar #:_____)
       [ ] Plaintiff/Petitioner's Licensed Paralegal Practitioner
       [ ] Defendant/Respondent's Licensed Paralegal Practitioner         (Utah Bar #:_____)

In the District Court of Utah

__Central_____ Judicial District ____Utah_____ County

Court Address ____351 South West Temple, Room 1.100, Salt Lake City Utah, 84101

| Tera Shanley et al. | **Initial Disclosures** (Utah Rule of Civil Procedure 26(a)(1)) |
|---|---|
| _____ Plaintiff/Petitioner | __2:22-cv-00549-CMR_____ Case Number |
| v. Robyn A Hutchings a/k/a Terry Bolryder a/k/a Domino Savage | __David Barlow_____ Judge |
| _____ Defendant/Respondent | _____ Commissioner (domestic cases) |

**Instructions**
**Do not file this form with the court unless the court orders you to do so.** File only the Certificate of Service of Initial Disclosures form, which shows when and how you served this document on the other parties.

I _Robyn Hutchings__ (name) provide the following initial disclosures:

1. **Discoverable information** (Utah Rule of Civil Procedure 26(a)(1)(A)) (Choose one):

   [ X ]   These are the people who likely have discoverable information supporting my claims or defenses:

| Name | Robyn Hutchings |
|---|---|
| Address (if known) | 6602 W Normandy Way, Highland Utah, 84003 |
| | |
| Phone (if known) | 8016691952 |
| Information they have about the case | Info about Tera's MO as a child abuser, past victims, and community member victims' allegations of harassment and bullying. |

| Name | David Hendricks |
|---|---|
| Address (if known) | 6602 W Normandy Way |
| Phone (if known) | 8016691952 |
| Information they have about the case | Knowledge of Tera Shanley's abuse MO, white supremacist involvement, child abuse and human trafficking. |

| Name | Tera Shanley |
|---|---|
| Address (if known) | |
| Phone (if known) | |
| Information they have about the case | Plaintiff. |

| Name | Samantha Kruithof |
|---|---|
| Address (if known) | https://www.facebook.com/samanthakruithof3 |
| Phone (if known) | |
| Information they have about the case | Asserted publicly and privately in writing that the plaintiff was a homewrecker who bribed a man away from his |

|   |   |
|---|---|
|   | wife (provided screenshots of her allegedly doing so) and a story stealer and a book wrecker and said that her husband paid for her whole book career and then she lied to everyone about him. |

| Name | P. Jameson (author) |
|---|---|
| Address (if known) | https://www.facebook.com/pjamesonauthor |
| Phone (if known) |   |
| Information they have about the case | Former close author friend of T.s. Joyce who asserted to the defendant in writing over a period of months that the plaintiff had ruined the careers of her and other authors by betraying them after earning their trust, stealing other authors work and style, and sending Jonny James to physically threaten people, and allegedly the plaintiff cheating on her husband with models at conventions. Also alleged the plaintiff's bullying had destroyed her career and health. |

| Name | Milly Taiden (Author) |
|---|---|
| Address (if known) | https://millytaiden.com/books/ |
| Phone (if known) |   |
| Information they have about the case | Told the defendant in FB chat that the plaintiff was copying her books and branding and releasing on top of her to cause confusion. Alleged verbally that plaintiff cheated on her husband at conventions. |

| Name | Tyler Halligan |
|---|---|
| Address (if known) | https://www.instagram.com/ty_halligan/ |

| Phone (if known) | |
|---|---|
| Information they have about the case | Allegedly blacklisted for not giving sexual favors to T.s. Joyce's PA because he begged not to because he was engaged and his fiancé was pregnant. |

| Name | Luann Bennett. |
|---|---|
| Address (if known) | https://www.facebook.com/melissa.bennett.80 |
| Phone (if known) | |
| Information they have about the case | Called T.s. Joyce a blackmailer publicly on facebook and privately asserted that T.s. Joyce threatened author P. Jameson's kids to silence her after she was bullied by T.s. group. |

| Name | Bobby Landrey https://www.facebook.com/bobi.landrey |
|---|---|
| Address (if known) | |
| Phone (if known) | |
| Information they have about the case | Asserted T.S. Is a known bully. Deep into the 'TS Cult' according to former close friend of the plaintiff's above, Samantha Kruithof. |

[ ] I do not know of any people who likely have discoverable information supporting my claims or defenses.

2. **Witnesses** (Utah Rule of Civil Procedure 26(a)(1)(A)) (Choose one):

[ X ]   These are the witnesses I may call.

| Name | David Hendricks |
|---|---|
| Address (if known) | 6602 W Normandy Way, Highland, Utah, 84003 |
| Phone (if known) | (801) 669-1952 |
| Summary of expected testimony | David is the ten year spouse of Robyn Hutchings and a child sexual abuse victim of Tera Shanley. He will testify that Tera Shanley sexually and sadistically abused him and his now deceased brother as a child and that she has continued to terrorize him in adulthood through stalking his wife's career for years. |
| | David will be testifying in court about many felonies he witnessed Tera committing against him, other children and animals. Will also testify that he disclosed the abuse to his wife in 2022, stating that he no longer wanted to continue the career due to his abuser constantly haunting his every move and feeling like she was laughing in his face. |
| | As Robyn's spouse of ten years who hasn't left her side for a single night, he will testify that Robyn has been a long-time victim's advocate who only acted on the truth and out of concern for him and the other victims. |
| | David will testify that Tera Shanley is a child groomer who groomed David (he is younger) and that her main method was to tell the little boys she was their 'mother' and they were her sons and she would take care of them when they were dropped off. She would then betray them and force them into sexual abuse. |
| | David will testify that he is just one of many 'sons' the plaintiff has abused with physical and mental torture. |
| | As a character witness for his wife, David will also testify of her honesty, loyalty, integrity, and faithfulness for over a decade. |

| Name | Robyn Hutchings |
|---|---|
| Address (if known) | 6602 W Normandy Way, Highland Utah, 84003 |
| Phone (if known) | (801) 669-1952 |
| Summary of expected testimony | Testimony of T.s. Joyce's involvement in human trafficking, abuse, harm of author and reader communities, abuse of Robyn's own husband and stalking of him as an adult, the terror and torture the plaintiff and the people she has blackmailed have wreaked on everyone around them, harassment of other authors and readers in general. Robyn will also testify of the community members pleas for help and justice. |
| | |

| Name | Samantha Kruithof |
|---|---|
| Address (if known) | https://www.facebook.com/samanthakruithof3 |
| Phone (if known) | |
| Summary of expected testimony | Prior good friend of Tera Shanley who started writing because of her. Stated publicly that Tera Shanley was a homewrecking, cheating devil who stole stories and bribed a man to leave his wife. Has intimate knowledge of Tera Shanley's history with husband and kids. Stated privately that Tera Shanley didn't have custody of her kids and coerced Jonny James away from his wife by threatening to remove support. |

[ ] I do not plan to call any witnesses.

3. **Documents supporting my case** (Utah Rule of Civil Procedure 26(a)(1)(B)) (Choose one):

    [ X ]    I have attached copies of all documents supporting my case.

    [ ] I do not know of or have any documents supporting my case.

4. **Electronically Stored Information** (Utah Rule of Civil Procedure 26(a)(1)(B)) (Choose one):

    [ X ]    I have possession or control of electronically stored information supporting my case.

    Describe:  Chat conversations with P. Jameson Author and Milly Taiden Author where both made allegations about Tera Shanley's poor/illegal behavior. Any other electronic information from July on FB and Instagram (all saved but too many to print). Many threads of other authors and readers discussing that Tera Shanley is untrustworthy and an abuser of the community who blackmails her victims into silence.

    [ ] I do not know of or have electronically stored information supporting my case.

5. **Tangible Things** (Utah Rule of Civil Procedure 26(a)(1)(B)) (Choose one):

    [ ] I have possession or control of tangible things supporting my case.

    Describe: _____

    [ X ]    I do not know of or have any tangible things supporting my case.

6. **Documents referred to in my pleadings** (papers you filed) (Utah Rule of Civil Procedure 26(a)(1)(E)) (Choose one):

    [ ] I have attached copies of all documents referred to in my pleadings.

    [ X ]    I do not refer to any documents in my pleadings, or any documents referred to in my pleadings have already been filed.

7. **Damages** (Utah Rule of Civil Procedure 26(a)(1)(C)) (Choose one):

    [ ] My estimate of damages claimed is $_____. I have attached documents supporting this amount.

    [ X ]    Not applicable.

8. **Agreement to Satisfy, Indemnify, or Reimburse** (Utah Rule of Civil Procedure 26(a)(1)(D)) (Choose one):

    [ ] I have attached a copy of any agreement where someone else might have to pay the judgment, or reimburse me for the judgment, including insurance.

[ X ]   Not applicable.

I will update these disclosures if any additional information becomes available. (Utah Rule of Civil Procedure 26(d)(5)).

**Plaintiff/Petitioner or Defendant/Respondent**

I declare under criminal penalty under the law of Utah that everything stated in this document is true.

Signed at ___Highland, Utah_____ (city, and state or country).

02/07/2023
Date

Signature ▶   Robyn Hutchings

Printed Name   Robyn Hutchings

**Attorney or Licensed Paralegal Practitioner of record** (if applicable)

Date

Signature ▶

Printed Name