THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

JUN 07 2024

GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

TERA SHANLEY a/k/a T.S. JOYCE and WICKED WILLOW PRESS, LLC, a Texas limited liability company,

    Plaintiffs,

v.

ROBYN A. HUTCHINGS a/k/a TERRY BOLRYDER a/k/a DOMINO SAVAGE,

    Defendant.

**SPECIAL VERDICT FORM**

Case No. 2:22-cv-00549-DBB-JCB

Judge David Barlow

Actual Damages

1. Has Plaintiff proved by a preponderance of the evidence that Defendant's conduct caused Plaintiff economic damages?

    Yes: ✓     No: ____ (check one)

*If your answer to Question 1 was "Yes," then enter an amount that has been proved with reasonable certainty to be sufficient to compensate Plaintiff for her economic damages on the line below. If your answer to Question 1 was "No," then leave the line below blank.*

    Economic Damages: $ 1,150,000.

2. Has Plaintiff proved by a preponderance of the evidence that Defendant's conduct caused Plaintiff non-economic damages?

    Yes: ✓     No: ____ (check one)

*If your answer to Question 2 was "Yes," then enter an amount sufficient to compensate Plaintiff for her non-economic damages on the line below. If your answer to Question 2 was "No," then leave the line below blank.*

    Non-Economic Damages: $ 1,150,000.

1

*If your answers to Questions 1 & 2 were "No," then enter an amount of nominal damages on the line below. Leave this line blank if you answered either Question 1 or Question 2 "Yes."*

    Nominal Damages: $ _____.

<u>Punitive Damages</u>

    3.  Has Plaintiff proved by clear and convincing evidence that the Defendant's conduct was willful and malicious, intentionally fraudulent, or manifested a knowing and reckless indifference toward the rights of others?

        Yes: ✓        No: ____ (check one)

*If your answer to Question 3 was "Yes," then, on the line below, enter an amount of punitive damages sufficient to punish the Defendant and deter others from engaging in similar conduct. If your answer to Question 3 was "No," then leave the line below blank.*

    $ 4,500,000 .

**You have reached the end of the Special Verdict Form. Please have the foreperson sign the form below and return the form to the court security officer.**

DATED this 7th day of June, 2024

                                        _____
                                        Jury Foreperson

2