Juliette P. White [USB 9616]
Adam L. Bondy [USB 14423]
Hannah J. Ector [USB 17980]
Brennan J. Curtis [USB 16433]
PARSONS BEHLE & LATIMER
201 S. Main St., Ste. 1800
Salt Lake City, UT 84111
801-532-1234
jwhite@parsonsbehle.com
abondy@parsonsbehle.com
hector@parsonsbehle.com
bcurtis@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TERA SHANLEY a/k/a T.S. JOYCE and WICKED WILLOW PRESS, LLC, a Texas limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBYN A. HUTCHINGS a/k/a TERRY BOLRYDER a/k/a DOMINO SAVAGE,<br><br>    Defendant. | **Application for Writ of Garnishment**<br><br>Case No.  2:22-cv-00549-DBB-JCB<br><br>Judge David B. Barlow<br>Magistrate Judge Jared C. Bennett |

1. Pursuant to Fed. R. Civ. P. 69(a)(1), the procedure for execution of a money judgment in federal court "must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies."

2. Utah R. Civ. P. 64D establishes Utah's procedure for writs of garnishment and applications for the same, which applies here.

3. Judgment Creditor Tera Shanley ("Judgment Creditor") requests that the Court issue a Writ of Garnishment to be issued and served upon each of the garnishees named below, along with the attached forms.

4. The amount due is:

| | |
|---|---|
| Amount of original judgment | $6,800,000 |
| Post-judgment interest | $128,771.51[1] |
| Cost to file Application for Writ | $50 |
| Cost to serve this Writ | $500 (deposit) |
| Garnishee's fee | $10 |
| Filing, service and garnishee fees for other Writs (Attach receipts.) | $0 |
| Subtotal | $ |
| Less payments made | $0 |
| **Total Amount Due** | **$6,929,331.51**[2] |

5. The person who owes the money (judgment debtor) is:

| | |
|---|---|
| Name | Robyn Ann Hutchings |
| Address | dshbrain@gmail.com<br>6602 W. Normandy Way<br>Highland, UT 84003 |
| Driver's license number and state of issuance (Last 4 digits only, if known.) | Unknown |

---

[1] The federal post-judgment interest rate at this time was 5.12%
[2] Total as of October 17, 2024

2

| | |
|---|---|
| Year and month of birth (If known.) | April 1986 |

6. I believe that the following people hold property of the judgment debtor.

| | |
|---|---|
| Person holding property (Name, address, phone number.) | Mountain America Federal Credit Union d/b/a Mountain America Credit Union<br><br>c/o CT CORPORATION SYSTEM<br>1108 E SOUTH UNION AVE<br>MIDVALE, UT, 84047 |
| Property description (If an account, include the location and last four digits of account number.) | Personal Checking Account |
| Estimated value of property | $75,055.26 |
| Is the property earnings? | [ ] Yes   [X] No |

7. I believe that the following people claim an interest in the property. I request that the Writ of Garnishment be served upon each, along with the attached forms.

    Robyn Ann Hutchings

    *dshbrain@gmail.com*
    6602 W. Normandy Way
    Highland, UT 84003

8. I will serve a check payable to the garnishee for the required fee of $10.

    DATED October 23, 2024.

        PARSONS BEHLE & LATIMER

        */s/ Brennan J. Curtis*
        Juliette P. White

4865-5238-9612

Adam L. Bondy
Hannah J. Ector
Brennan J. Curtis
*Attorneys for Plaintiff*

4

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record and to pro se defendants who have registered for CM/ECF notification for unrepresented parties:

Robyn Ann Hutchings
*dshbrain@gmail.com*
6602 W. Normandy Way
Highland, UT 84003

PARSONS BEHLE & LATIMER

/s/ Elizabeth Thompson
Parsons Behle & Latimer

1

4865-5238-9612