# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| TERA SHANLEY a/k/a T.S. JOYCE and WICKED WILLOW PRESS, LLC, a Texas limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ROBYN A. HUTCHINGS a/k/a TERRY BOLRYDER a/k/a DOMINO SAVAGE,<br><br>Defendant. | **Request for Hearing**<br><br>Case No. 2:22-cv-00549-DBB-JCB<br><br>Judge David B. Barlow<br>Magistrate Judge Jared C. Bennett |

I. **Respond to these items if funds in your account were garnished**:

A. [ ] I believe that the Writ of Garnishment was issued improperly. (Explain)

______________________________________________________________

______________________________________________________________

B. [ ] I believe that the Answers to Interrogatories are inaccurate. (Explain)

______________________________________________________________

______________________________________________________________

C. [ ] The funds in my account are exempt from garnishment because they are: (Check applicable boxes): [ ] Social Security Benefits [ ] Pensions [ ] Supplemental Security Income (SSI) [ ] Alimony/child support [ ] Veterans' Benefits [ ] Public Assistance (welfare) [ ] Unemployment Benefits [ ] Owned by another person [ ] Workers' Compensation Benefits [ ] Partly owned by me [ ] Wages/income from personal services [ ] Other (describe)

______________________________________________

D. Check one box:

[ ] All funds in my account are exempt.

[ ] I believe that $ ___________ of the amount in my account is exempt. (Fill in the dollar amount you believe is exempt.)

E. Check if applicable

[ ] I claim ownership of all or part of the money or property taken and I am not one of the persons against whom a judgment has been entered.

F. Check if applicable

[ ] I have attached copies of the documents that show that my money is exempt.

II. **Respond to these items if all or part of your wages were garnished**.

A. [ ] I believe that the writ of garnishment was issued improperly. (Explain)

________________________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

B. [ ] I believe that the Answers to Interrogatories are inaccurate. (Explain)

________________________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

C. [ ] I believe that all or part of my wages are exempt from garnishment. (Explain)_______________________________________________

________________________________________________________

______________________________________________________

______________________________________________________

**THE STATEMENTS MADE IN THIS REQUEST ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I HEREBY REQUEST THAT THIS MATTER BE SET FOR A HEARING. I HAVE SENT A COPY OF THIS REQUEST FOR HEARING TO THE GARNISHEE**.

DATED THIS ___________ DAY OF _____________, 20_____.

Name: ______________________________

Address: ______________________________

__________________________

__________________________

Telephone:____________________________

Signature: _____________________________