Juliette P. White [USB 9616]
Adam L. Bondy [USB 14423]
Hannah J. Ector [USB 17980]
Brennan J. Curtis [USB 16433]
PARSONS BEHLE & LATIMER
201 S. Main St., Ste. 1800
Salt Lake City, UT 84111
801-532-1234
jwhite@parsonsbehle.com
abondy@parsonsbehle.com
hector@parsonsbehle.com
bcurtis@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TERA SHANLEY a/k/a T.S. JOYCE and WICKED WILLOW PRESS, LLC, a Texas limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> ROBYN A. HUTCHINGS a/k/a TERRY BOLRYDER a/k/a DOMINO SAVAGE, <br><br> Defendant. <br><br> MOUNTAIN AMERICA CREDIT UNION, <br><br> Garnishee | **Writ of Garnishment** <br><br> Case No. 2:22-cv-00549-DBB-JCB <br><br> Judge David B. Barlow <br> Magistrate Judge Jared C. Bennett |

**THE UNITED STATES OF AMERICA TO:**

**MOUNTAIN AMERICA FEDERAL CREDIT UNION D/B/A MOUNTAIN AMERICA CREDIT UNION**
c/o CT CORPORATION SYSTEM
1108 E SOUTH UNION AVE
MIDVALE, UT, 84047

1.   Utah law requires the judgment creditor to include with this Writ of Garnishment a fee to you. If the fee was not included, sign here and return the forms to the judgment creditor or, if they have one, their attorney.

Signature ▶ _____

You are hereby ordered and commanded by the Court to hold, until further order of this Court, and not pay to defendant all money and other personal property of the Defendant(s) in your possession or under your control, whether now due or hereafter to become due, which are not exempt from execution, up to the amount remaining due on the judgment or order plus court approved costs in this matter (or in the case of a prejudgment writ, the amount claimed to be due), being $**6,929,331.51**.

You are required to answer the attached questions or interrogatories and to file your answer with the Clerk of this Court, within five business days of the date this Writ is served upon you, at the following address: Clerk, U.S. District Court 351 S. West Temple St. Room 1.100 Salt Lake City, Utah 84101

You are also required to send a copy of your answers to the plaintiff at the following address:

Parsons Behle & Latimer
c/o Juliette P. White


201 S. Main St., Ste. 1800
Salt Lake City, UT 84111
801-532-1234
jwhite@parsonsbehle.com
ecf@parsonsbehle.com

     If you fail to answer, the judgment creditor may ask the Court to order you to pay the amount you should have withheld.

     If you are indebted to, or if you hold property or money belonging to the Defendant, you shall mail immediately by first class mail a copy of the Writ of Garnishment and your answer to the Interrogatories, the Notice of Garnishment and Exemptions, and two copies of the Request for Hearing to the Defendant and to anyone else who, according to your records, may have an ownership or other interest in the property or money at the last known address of the Defendant or such other persons shown on your records at the time of the service of this Writ. In lieu of mailings, you may hand-deliver a copy of these documents to the Defendant and other persons entitled to copies.

     YOU MAY DELIVER to the officer serving this Writ the portion of Defendant's earnings or income to be held as shown by your answers. You then will be relieved from further liability in this case unless your answers are successfully disputed. You may, in the alternative, hold the money. If you do not receive a copy of a request for hearing withing 20 days of service of your answer to the Interrogatories on the defendant or any other person claiming an interest in the property, you shall pay the money to the plaintiff or plaintiff=s attorney. If you receive a copy of a request for hearing within the 20 days, you must hold the money until further order of the court.

DATED this 24th day of October 2024.

GARY P. SERDAR
CLERK OF COURT

By: _____ Deputy Clerk

4